A-31,689

29,735-08

TO CLERK
JANIS MORGAN
300 N. GRANT STREET
ODESSA TEXAS, 79761

IN THE 70TH
JUDICIAL DISTRICT
COURT, ECTOR
COUNTY, ODESSA
TEXAS,

This document contains some
pages that are of poor quality
at the time of imaging.

IN RE:

WRIT OF MANDAMUS PURSUANT TO
11.07 SECTION 3 (C).

TO BE filed WITH 70TH JUDICIAL DISTRICT
COURT AND A COPY SENT TO COURT OF
CRIMINAL APPEALS CLERK, LOUISE PEARSON
P.O.BOX 12308, CAPITOL STATION, AUSTIN, TEXAS,
78711.

SIGNED THIS 30TH DAY OF JANUARY
2015.

BY PROSE

Tony Ray Jones RELATOR
# 132115
MICHAEL UNIT, P.O.BOX 4500
Tennessee Colony, TEXAS
79886.

COPY SENT TO:
BOTH CLERKS BY
UNITED STATES MAIL
SYSTEM.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS, AUSTIN, TEXAS-DIVISION.

TONY RAY JONES                                    IN THE 70TH
TDC# 1312115                                      JUDICIAL DISTRICT
      RELATOR                                     ECTOR COUNTY,
                                                  ODESSA, TEXAS
VS.                                               CAUSE A-36,689
JANIS MORGAN
COUNTY CLERK, CLERK
OF ECTOR COUNTY, ODESSA
TEXAS, RESPONDENT.

## PLAINTIFFS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS.

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, TONY RAY JONES, RELATOR, PROSE
IN THE ABOVE-STYLED AND NUMBERED CAUSE OF
ACTION AND FILES THIS ORIGINAL APPLICATION FOR
WRIT OF MANDAMUS, PURSUANT TO ARTICLE 11.07
SECTION 3 (c) OF THE TEXAS CODE OF CRIMINAL PRO-
CEDURE, AND WOULD SHOW THE COURT THE FOLLOWING:

I.

RELATOR

1.01. TONY RAY JONES TDC# 1312115 IS AN OFFENDER
INCARCERATED IN THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, MICHAEL UNIT, ANDERSON
COUNTY TEXAS, P.O. BOX 4500, TENNESSEE COLONY, TEXAS,
75886.

1.02. RELATOR HAS EXHAUSTED HIS REMEDIES AND HAS

NO OTHER ADEQUATE REMEDY OF LAW

1.03. THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL, NOT DISCRETIONARY, T.C.C.P. ART. 11.07 SECTION 3 (C) [AND ALSO T.C.C.P. 2.21] REQUIRES RESPONDENT TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, THE SENATE BILL NUMBER # 1611, 825, MODEL RULE 3.8 MEMORANDUM OF LAW IN SUPPORT, JUDGE TERRY LANE LETTER EXHIBIT "A" AND TITLE 28 USC § 2250 PRODUCTION OF DOCUMENTS REQUEST; AND ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE, IF THE "CONVICTING COURT" DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. [NOT A PROSECUTING ATTORNEY— A TRIAL COURT JUDGE].

AS OF, JANUARY 30TH 2015 NO COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY MEMORANDUM OF LAW IN SUPPORT LISTED ABOVE S.B. # 1611, 825 AN MODEL RULE 3.8 HAS BEEN FILED, ANSWERS, A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE HAVE BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS. HAD SUCH DOCUMENTS BEEN TRANSMITTED TO THE COURT OF CRIMINAL APPEALS BY RESPONDENT AS REQUIRED BY STATUE, RELATOR WOULD HAVE RECEIVED NOTICE FROM THE COURT OF CRIMINAL APPEALS.

RELATOR'S § 11.07, MEMORANDUM OF LAW, JUDGE, TERRY LANE LETTER WAS MAILED TO JANIS MORGAN, CLERK, SIGNED, 12/19/14 AND MAILED OFF UNIT, 12/22/14 BY MICHAEL UNIT LEGAL DESK MAIL ROOM: A SECOND CLERK'S LETTER SENT ON, JANUARY 14TH 2015. CLERK, JANIS MORGAN REFUSED TO RESPOND AS OF 1-30-15:

RESPONDENT.

2.01 RESPONDENT JANIS MORGAN, IN HER CAPACITY AS DISTRICT CLERK OR ANY OTHER CLERK, OF ECTOR COUNTY TEXAS HAS A MINISTERIAL DUTY TO RECEIVE AND FILE ALL PAPERS IN A CRIMINAL PROCEEDING, AND PERFORM ALL OTHER DUTIES IMPOSED ON THE CLERK BY LAW PURSUANT TO T.C.C.P. ART. 2.21 AND IS RESPONSIBLE UNDER T.C.C.P. 11.07 SEC. 3(C) TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, MEMORANDUM OF LAW, EXHIBITS "A" LETTER TO JUDGE, TERRY LANE, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE IF THE "CONVICTING COURT" DECIDES THAT THERE ARE NO ISSUES TO BE RESOLVED. [NOT A PROSECUTION OFFICE, A "CONVICTING COURT JUDGE"] JANIS MORGAN OR OTHER CLERK, DISTRICT CLERK, ECTOR COUNTY MAY BE SERVED AT HER PLACE OF BUSINESS AT 300 NORTH GRANT STREET ODESSA TEXAS 79761.

## III.

VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

3.01 THE RESPONDENT VIOLATED ART. 11.07 SECTION 3 (C) OF THE TEXAS CODE OF CRIMINAL PROCEDURE BY FAILING TO PROVIDE A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, AND MEMORANDUM OF LAW IN SUPPORT, AND EXHIBIT "A" LETTER TO JUDGE, TERRY LANE, AND ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS WITHIN THE TIME PRESCRIBED BY LAW WITHIN A REASONABLE TIME FROM THE DATE ON WHICH THE

DOCUMENTS WERE REQUESTED TO BE TRANSMITTED

3.02 REQUESTS FOR THE TRANSMITAL OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, MEMORANDUM OF LAW SENATE BILL 1611, 825, MODEL RULE 3.8, EXHIBIT "A" LETTER TO JUDGE TERRY LANE BE SENT WITH ANY ANSWERS FILED AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE WERE MADE BY RELATOR TO, JANIS MORGAN, DISTRICT CLERK, ECTOR COUNTY, BY THE UNITED STATES MAIL SYSTEM ON DECEMBER 19TH 2014 SIGN DATE AND MAILED OFF MICHAEL UNIT DECEMBER 22nd 2014 BY LEGAL DESK MAIL ROOM, PURSUANT TO ARTICLE 11.07 SECTION 3 (C) OF THE CODE OF CRIMINAL PROCEDURE. TRUE AND ACCURATE COPIES OF THE ABOVE AND LAW LIBRARY C.O.V MCCRAW AND MAIL ROOM LEGAL DESK TOLD RELATOR HIS LEGAL WORK WAS MAILED 12/22/14 FROM, MARK W. MICHAEL UNIT LEGAL DESK TO CLERK, JANIS MORGAN 12/22/14, CONTACT LEGAL DESK AND/OR LAW LIBRARY.

3.03 TO DATE, JANUARY 30TH 2015, RELATOR HAS RECEIVED NO RESPONSE FROM RESPONDENT REGARDING RELATOR'S REQUEST DATED JANUARY 14TH 2015 (OVER 30 full DAYS) FOR TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, MEMORANDUM OF LAW SENATE BILL # 1611, 825, MODEL RULE 3.8 And EXHIBIT "A" LETTER TO JUDGE TERRY LANE, ANY ANSWERS filed BY CONVICTING TRIAL COURT JUDGE (NOT A PROSECUTOR) AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE CRIMINAL COURT OF CRIMINAL APPEALS.

3.04

AS IS CLEAR FROM RELATOR'S LETTERS RELATOR HAS REPEATEDLY PUT RESPONDENT ON NOTICE, 12/19/14 AND 1-14-15, THAT RELATOR SEEKS THE TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, MEMORANDUM OF LAW AND LETTER EXHIBIT "A" TO JUDGE, TERRY LANE, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AND THAT SUCH RECORDS ARE REQUIRED BY THE COURT OF CRIMINAL APPEALS TO ACT ON RELATOR'S WRIT OF HABEAS CORPUS. RELATOR HAS GONE WELL BEYOND ANY REQUIREMENT OR OBLIGATIONS IMPOSED UPON HIM BY THE TEXAS CODE OF CRIMINAL PROCEDURE. IN CONTRAST TO RELATOR'S EFFORTS, RESPONDENT HAS WHOLLY FAILED TO COMPLY WITH THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 SECTION 3(c), IS ACTING IN BAD FAITH, AND HAS ALSO FAILED TO AFFORD RELATOR THE PROFESSIONAL AND COMMON COURTESY OF ANY WRITTEN RESPONSES TO HIS CORRESPONDENCE AND REQUESTS.

3.05

ARTICLE 11.07 SECTION 3(c) CLEARLY STATES THAT, "IF THE "CONVICTING COURT" (NOT A PROSECUTION OFFICE), DECIDES THAT THERE ARE NO SUCH ISSUES, "THE CLERK SHALL IMMEDIATELY TRANSMIT", TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION, MEMORANDUM OF LAW AND ALL EXHIBITS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE. FAILURE OF THE COURT TO ACT WITHIN THE ALLOWED [20] DAYS SHALL CONSTITUTE SUCH A FINDING." TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE, 11.07 SECTION 3(c). RESPONDENT IS IN VIOLATION OF THIS PROCEDURE, MINISTERIAL DUTIES AND THUS THE LAW OF THIS STATE.

# PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, RELATOR, TONY RAY JONES #, 1312115, PRO SE, RESPECTFULLY REQUESTS A FINDING THAT THE RESPONDENT DID NOT TRANSMIT DOCUMENTS 11.07 HABEAS CORPUS, SENATE BILL # 1611, # 825, MODEL RULE 3.8, PRODUCTION OF DOCUMENTS PURSUANT TO TITLE 28 USC § 2250, EXHIBIT "A" LETTER TO JUDGE, TERRY LANE, TO THE 7OTH JUDICIAL COURT JUDGE FOR A FACTUAL FINDING AND EVIDENCE HEARING, TO THE COURT OF CRIMINAL APPEALS WITHIN A REASONABLE TIME AFTER THE DATE THEY WERE REQUESTED AND THAT RELATOR BROUGHT THIS LITIGATION IN GOOD FAITH AND HAS SUBSTANTIALLY PREVAILED. RELATOR PRAYS FOR AN ORDER DIRECTING RESPONDENT TO TRANSMIT COPY(S) OF THE ABOVE LISTED DOCUMENTS AND ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AS DIRECTED IN ARTICLE. 11.07 SECTION 3(C) OF THE TEXAS CODE OF CRIMINAL PROCEDURE AS REQUESTED IN RELATOR'S LETTERS AND 11.07 HABEAS CORPUS AND MAIL ROOM LEGAL DESK LOG OF ALL OUT GOING LEGAL MAIL ON THE MICHAEL UNIT BY C.O.V. MCCRAY OF LAW LIBRARY AND MAIL ROOM LEGAL DESK SUPERVISOR. RESPECTFULLY SUBMITTED.

Copy Sent to Court of
CRIMINALS CLERK, LOUISE
PEARSON P.O.BOX 12308
CAPITOL STATION, AUSTIN. TX
78711

By Tony Ray Jones # 1312115
MICHAEL UNIT, P.O. Box
4500, TENNESSEE COLONY,
TEXAS, 75886.

SIGNED, JANUARY 30TH, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT AN ORIGIONAL AND ONE COPY WAS SENT TO COURT CLERK, JANIS MORGAN, 300 N. GRANT STREET, ODESSA, TEXAS, 79761 AND CLERK LOUISE PEARSON, P.O.BOX 12308, CAPITOL STATION, AUSTIN, TEXAS, 78711 BY THE UNITED STATES MAIL SYSTEM FOR <u>WRIT OF MANDAMUS</u> ARE TRUE AND CORRECT. <u>Tony Ray Jones</u> THIS <u>30TH</u> DAY OF <u>JANUARY 2015</u>.


THE STATE OF TEXAS
COUNTY OF ECTOR.

## AFFIDAVIT

I SWARE UNDER VERNON'S CODE ANN, § 1746 THE ALLEGATIONS ARE TRUE AND CORRECT AND CAN BE VERAFIED BY BOTH MICHAEL UNIT LEGAL MAIL LOG IN LAW LIBRARY AND MAIL ROOM LEGAL DESK THAT I MAILED A VERNONS 11.07 HABEAS CORPUS, MEMORANDUM OF LAW SENATE BILL #1611 #825 AND MODEL RULE 3.8 MEMORANDUM OF LAW WITH EXHIBIT "A" AND TITLE 28 USC § 2250 PRODUCTION OF DOCUMENTS MOTION WITHIN TO ABOVE CLERK, JANIS MORGAN 300 N. GRANT STREET, ODESSA TEXAS, 79761 ON DECEMBER 22nd 2014 BY MAIL ROOM LEGAL DESK OF MICHAEL UNIT. SIGNED THIS <u>30TH</u> DAY OF <u>JANUARY</u>, 2015.

CAUSE NO. A-31-689

TonyRay Jones
#1312115 Relator

VS.

Janis Morgan, ECTOR County
District Clerk,
In Her Official Capacity
Respondent

IN THE 70TH
Judicial District
Court of Ector,
County, Texas

CAUSE A-31-689

## ORDER

ON THIS DAY, CAME ON TO BE HEARD THE FOREGOING RELATOR'S APPLICATION FOR WRIT OF MANDAMUS And IT APPEARS TO THE COURT THAT THE SAME SHOULD BE

_____ GRANTED

IT IS THEREFORE ORDERED THAT THE DISTRICT CLERK SHALL IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, MEMORANDUM OF LAW SENATE BILL #1611.825, MODEL RULE 3.8, EXHIBIT "A" LETTER TO JUDGE, TERRY LANE AND TITLE 28 USC § 2250 PRODUCTION OF DOCUMENTS, WITHIN, ANY ANSWERS FILED BY, 70TH JUDICIAL DISTRICT COURT JUDGE AND A CERTIFICATE OF THE DATE UPON WHICH THAT TRANSMITTAL WAS MADE.

SIGNED THIS _____ DAY OF _____,

_____
PRESIDING JUDGE